■ In the Matter of KIM MONTAGUE, Appellant, v JASON A. BROOKS, Respondent. In the Matter of JASON A. BROOKS, Respondent, v KIM MONTAGUE, Appellant. [945 NYS2d 905]—Appeal from an order of the Family Court, Chautauqua County (Kevin M. Carter, J.), entered May 10, 2011 in a proceeding pursuant to Family Court Act article 6. The order, among other things, awarded respondent-petitioner sole custody of the subject child.

Now, upon reading and filing the stipulation of discontinuance signed by petitioner-respondent, the attorneys for the parties, and by the Attorney for the Child on March 12, 2012,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Fahey, Peradotto, Sconiers and Martoche, JJ.

■ In the Matter of ALEXANDRA VANBUREN, Respondent, v WILLIAMSVILLE CENTRAL SCHOOL DISTRICT, Appellant. [945 NYS2d 894]—Appeal from an order of the Supreme Court, Erie County (Shirley Troutman, J.), entered April 4, 2011. The order granted claimant's application for leave to serve a late notice of claim.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Fahey, Peradotto, Sconiers and Martoche, JJ.